UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEVE MILLER, et. al, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>AMERICAN NATIONAL SKYLINE, INC. )<br>OF INDIANA, et. al, )<br>)<br>Defendants. ) | 1:05-cv-1329- SEB-JPG |

## **JUDGMENT**

The Court, having issued its Order of Dismissal, now, pursuant to Fed. R. Civ. P. 58(a), adjudges that this case is dismissed with prejudice.

Date: 12/15/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Steven F. Pockrass
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART
steven.pockrass@ogletreedeakins.com

Steve Miller
4730 Van Cleave Street
Indianapolis, Indiana 46226

Donnie Rutledge
7915 Shannon Lake Way
Indianapolis, Indiana 46217